922 P.2d 1057

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| Title | Docket No. | Date | Disposition |
|---|---|---|---|
| Doe, In re: John (DOB 7/8/86) | 16240, 16023, 16087, 16240, 16253, 16028, 16086, 16239, & 16254 | 8/09/96 | Affirmed |
| State v. Wong Yuen | 18499 | 8/21/96 | Affirmed |
| Teranishi v. Morikawa | 16170 | 8/21/96 | Affirmed in part, Vacated in part and Remanded |
| McKenna v. Ryan | 15794 | 8/22/96 | Vacated and Remanded |
| State v. Tanielu | 17286 | 8/28/96 | Affirmed in part and Reversed in part |
| Bucaneg v. Yee | 18812 | 8/28/96 | Affirmed |

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 6, 1996**

| Docket Number | Title | Disposition |
|---|---|---|
| 17115 | State v. Kaneholani | Affirmed |

**Order No. 96–3**
**August 27, 1996**

| Docket Number | Title | Disposition |
|---|---|---|
| 17526 | State v. Dumot | Affirmed |